UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MANUEL FANA,

              Defendant.

CASE NO.: 24 Mag. 1707 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, May 9, 2024 at 10:00 am** on the Court's conference line. The parties, including Mr. Fana, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             May 7, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**