UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

MANUEL FANA,

               Defendant.

CASE NO.: 24 Mag. 1707 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After his initial appearance before the undersigned on April 30, 2024, Defendant Manuel Fana was released from custody on May 3, 2024, on conditions set by the Court. Accordingly, Mr. Fana is ordered to appear in the District of Arizona, where the charges are pending, for a preliminary hearing on **May 30, 2024 at 3:00 p.m.** in Courtroom 305 of the Sandra Day O'Connor U.S. Courthouse in Phoenix, Arizona.

Dated:     New York, New York
              May 16, 2024

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**